1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KORINE POE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-cv-5161-RBL-KLS<br><br><br>ORDER OF REMAND |

      Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. §405(g).  On remand, the administrative law judge (ALJ) will re-evaluate the medical evidence.  After re-evaluation, the ALJ will reconsider Plaintiff's maximum residual functional capacity, conduct a hearing, and, if warranted, will obtain testimony from a vocational expert.  Plaintiff will have the opportunity to submit additional evidence and testimony.  If necessary, the ALJ will perform a new step four or step five

analyses.  The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 30th day of August, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3749
FAX:  (206) 615-2531
jamala.edwards@ssa.gov