1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KORINE POE, | Civil No. 3:10-CV-05161-RBL |
| Plaintiff, | |
| v. | ORDER ON MOTION FOR EAJA ATTORNEYS' FEES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the parties' motions with respect to the issue of an award of fees in this case, it is hereby ORDERED that attorney fees in the amount of $5,695.41 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

This award will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, ___ U.S. ___ (2010).  If Plaintiff has no such debt, then a check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Rory J. Linerud, at P.O. Box 1105, Salem, OR 97308-1105.  If Plaintiff has a debt, then a check

for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to

Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 17th day of December, 2010.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


Presented By:

/s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3749
Fax:  (206) 615-2531
jamala.edwards@ssa.gov